**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————— x

Amanda Zetterstrom, individually and on : 
behalf of all others similarly situated, :

                                   :    Case No.  26-cv-05026-JMF

            Plaintiff, :

v.                           :    **NOTICE OF VOLUNTARY DISMISSAL**

                                   :    **PURSUANT TO FEDERAL CIVIL PROCEDURE**

Nara Organics, Inc.,            **:**    **RULE 41(a)(1)(A(i)**

                                   :

           Defendant.

Pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff Amanda Zetterstrom hereby provides notices of dismissal of her above-captioned action without prejudice.

Respectfully submitted,

Dated: June 26, 2026                    **REESE LLP**

*/s/ Michael R. Reese*
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
(212) 643-0500
*mreese@reesellp.com*

*Counsel for Plaintiff and the Class*

2