**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x

Amanda Zetterstrom, individually and on      :
behalf of all others similarly situated,            :

                                          :   Case No.  26-cv-05026-JMF

            Plaintiff,                             :

v.                                                          :   **NOTICE OF VOLUNTARY DISMISSAL**

                                          :   **PURSUANT TO FEDERAL CIVIL PROCEDURE**

Nara Organics, Inc.,                              **:**   **RULE 41(a)(1)(A(i)**

                                          :

            Defendant.

1

Pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff Amanda Zetterstrom

hereby provides notices of dismissal of her above-captioned action without prejudice.

Respectfully submitted,

Dated: June 26, 2026                      **REESE LLP**

*/s/ Michael R. Reese*
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
(212) 643-0500
*mreese@reesellp.com*

*Counsel for Plaintiff and the Class*

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

SO ORDERED.

June 29, 2026

2